The relief described hereinbelow is SO ORDERED

Done this 22nd day of April, 2019.

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION (Montgomery)

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 17-33383-BPC |
| | : | |
| | : | CHAPTER: 13 |
| | : | |
| JACQUELINE ESTY | : | |
|     Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, | : | |
|     Movant, | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| JACQUELINE ESTY, | : | |
| BERNARDUS LACY, Co-Debtor | : | |
| SABRINA L. MCKINNEY, Trustee | : | |
|     Respondents. | : | |
| | : | |

## AGREED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Nationstar Mortgage LLC d/b/a Mr. Cooper, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion"), which is set for hearing on **April 11, 2019** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Montgomery County, Alabama, now or formerly known as 4001 PICKFAIR STREET,

MONTGOMERY, AL 36116 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

Movant shall supplement its Proof of Claim/file a Proof of Claim to include the following post-petition mortgage arrearages totaling $2,920.04:

| Description | FROM | TO | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 1 | 12/01/2018 | 03/01/2019 | 4 | $603.16 | $2,412.64 |
| Bankruptcy Fees and Costs | | | 1 | $831.00 | $831.00 |
| Suspense Balance Credit | | | 1 | $-323.60 | $-323.60 |

Accordingly, by consent, it is hereby

**ORDERED** that:

Debtor payment to Trustee shall increase to $ 190.00 semi-monthly. The payment by the Trustee to Movant shall increase to $67.00 a month. Beginning on **April 1, 2019**, Debtor shall pay all future monthly mortgage payments as and when due. These payments shall be governed by Strict Compliance provisions as detailed below.

The Motion for Relief from Stay filed by Movant is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning April 1, 2019, the Motion for Relief from Stay is granted if the Movant gives the Debtor, and the Debtor`s attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further order of the Court. Further, Movant is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

[END OF ORDER]

Prepared and Submitted by:

/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/ Paul D. Esco
Paul D. Esco, Esq.
AL State Bar No.
Attorney at Law, LLC
2800 Zelda Road
Suite 200-7
Montgomery, AL 36106
334-832-9100
paul.esco@aol.com
Attorney for Debtor


No Opposition to by:

/s/ Sabrina L. McKinney
Sabrina L. McKinney
AL State Bar No.
P. O. Box 173
Montgomery, AL 36101
334-262-8371
trustees_office@ch13mdal.org
Standing Chapter 13 Trustee