IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:                                      )

JACQUELINE ESTY,                            )        Case Number: 17-33383

   Debtor.                                  )

## MOTION TO DETERMINE STATUS OF MORTGAGE

COMES NOW the Debtor, by and through undersigned counsel, and respectfully moves this Honorable Court to set a hearing in the above styled case to determine the status of Debtor's mortgage and reinstate automatic stay. As grounds, Debtor states as follows:

1. On April 22, 2019, this Honorable Court entered an order conditionally denying the motion for relief from stay filed by Nationstar Mortgage, LLC, dba Mr. Cooper (hereinafter referred to as "Creditor"). (Court Doc#32)

2. Pursuant to the Order entered on April 22, 2019, the post-petition arrearage owed to Creditor shall be added to the Plan and that Debtor shall resume making her post petition mortgage payments to Creditor beginning with her April 1, 2019, payment.

3. On July 25, 2019, counsel for Creditor issued a twenty day notice of default indicating that Debtor was in default two payments (06/01/2019 and 07/01/2019), less suspense, for a total default amount of $665.32.

4. On July 31, 2019, after the date of the Notice of Default, a payment in the amount of $637.00 was sent to Creditor. The payment was accepted by Creditor and cleared Debtor's bank account on August 1, 2019.

5. On August 22, 2019, Creditor, through their counsel, filed a Notice of Termination of Automatic Stay (Crt Doc #36).

6. Debtor made another payment to Creditor on August 30, 2019, in the amount of $637.00. Creditor accepted payment as evidenced by the fact the payment cleared Debtor's bank account on September 3, 2019.

7. Debtor was not aware there was an issue with her mortgage until she received a letter from Creditor advising that her loan was past due for the 01/01/2019 to present and that a total of $6,807.13 was due to be paid to bring her account current.

8. Debtor contacted undersigned counsel and provided proof of all payments made to Creditor since the Order on the motion for relief was entered. It was discovered that the payment she made on July 31, 2019, was approximately $28.32 short.

9. Debtor tried to make her September 2019 mortgage payment to Creditor and Creditor refused to accept her payment over the telephone.

10. Debtor mailed a cashier's check in the amount of $637.00 to Creditor for her September 2019 payment as well as a cashier's check in the amount of $32.00 to cover the shortage.

11. Debtor would have cured the $28.32 shortage within the twenty days and had the funds to do so had Debtor been aware that she was short such a small amount.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests this Honorable Court to:

a. set a hearing at the earliest convenience of the Court to determine the status of Debtor's post-petition mortgage payments;

b. order that upon payment of $637.00 (September 2019 payment) and $28.32 (the shortage from the Notice of Default) the default will be deemed cured and Debtor will be current on post-petition mortgage payments to Nationstar Mortgage, LLC, dba Mr. Cooper through September 2019;

c. order that the automatic stay has not lifted on Debtor's home; and

d. order such other, further and different relief to which Debtor may be shown to be entitled.

Respectfully submitted this the 2nd day of October, 2019.

/s/ Paul D. Esco
PAUL D. ESCO   ASB-3772-O61P
Attorney for Debtor

OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 Zelda Road; Suite 200-7
Montgomery, Alabama 36106
(334) 832-9100
(334) 832-4527 {fax}
E-mail: paul.esco@aol.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing to the parties listed below by electronically mailing or by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on October 2, 2019:

Nationstar Mortgage, LLC
dba Mr. Cooper
PO Box 619096
Dallas, Texas 75261-9741

Nationstar Mortgage, LLC
dba Mr. Cooper
% Rubin Lublin, LLC
200 Clinton Avenue West; Suite 406
Huntsville, AL 35801

Sabrina L. McKinney
Chapter 13 Trustee
(via electronic filing)

Bankruptcy Administrator
(via electronic filing)

/s/ Paul D. Esco