**The relief described hereinbelow is SO ORDERED**

**Done this 3rd day of December, 2019.**

**William R. Sawyer**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| JACQUELINE ESTY, ) | |
| ) | Case Number: 17-33383 |
| ) | |
| Debtor . | |
| ) | |

ORDER ON DEBTOR'S MOTION TO DETERMINE STATUS OF MORTGAGE

THIS MATTER coming before the Court on the Debtor's Motion to Determine Status of Mortgage filed by Debtor on October 2, 2019. A hearing was held on November 14, 2019, at which time Counsel for Debtor appeared before this Court for the hearing. Neither the Creditor, Nationstar Mortgage, LLC, dba Mr. Cooprer, nor counsel for the Creditor, appeared at the hearing. The Court has read the motion and understands the circumstances. Counsel for Debtor informed the Court that Debtor paid the small oversight of $28.32 and cured the default amount in the Notice of Default dated July 25, 2019. In accordance with the ruling from the bench in open court, it is ORDERED as follows:

-1-

1. The default stated in the July 25, 2019, Notice of Default filed by Nationstar Mortgage, LLC, dba Mr. Cooper, is cured.

2. The automatic stay against the property located at 4001 Pickfair Street, Montgomery, AL 36116, is still in effect.

3. Any future default by the Debtor will require an new Notice of Default to be filed by Nationstar Mortgage, LLC, dba Mr. Cooper, in accordance with the Court's Order entered on April 22, 2019, (Crt Doc #32).

###END OF ORDER###

Order drafted by:

PAUL D. ESCO
Attorney for Debtor
Paul D. Esco, Attorney at Law, LLC
2800 Zelda Road; Suite 200-7
Montgomery, Alabama 36106
334/832-9100
334/832-4527 [fax]
Email: paul.esco@aol.com

Order Reviewed and Consented to By:

SABRINA L. MCKINNEY
Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
(334) 262-8371
Email:  trustees_office@ch13mdal.org

| cc: | Amanda Beckett, Esquire<br>Attorney for Nationstar Mortgage, LLC<br>dba Mr. Cooper<br>Rubin Lublin, LLC<br>200 Clinton Avenue West, Suite 406<br>Huntsville, AL 35801<br> (877) 813-0992<br> abeckett@rubinlublin.com | Nationstar Mortgage, LLC<br>dba Mr. Cooper<br>PO Box 619096<br>Dallas, Texas 75261-9741 |