UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re     Case No. 17-33383-WRS
Chapter 13

JACQUELINE ESTY,

    Debtor.

# ORDER GRANTING MOTION TO APPROVE SETTLEMENT

For the reasons set forth on the record on February 17, 2022, on Debtor's Motion to Approve Compromise & Settlement (Doc. 67), it is

ORDERED that the motion is GRANTED.

Done this 22nd day of February, 2022.

William R. Sawyer
United States Bankruptcy Judge

c:     Debtor
Paul D. Esco, Attorney for Debtor
Sabrina L. McKinney, Trustee
Bankruptcy Administrator